**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**July 22, 2022**

_____

**Christopher M. Wolpert**
**Clerk of Court**

ROSALIE CHILCOAT, an individual,

    Plaintiff Counter Defendant - Appellant,

v.

SAN JUAN COUNTY, a political subdivision of the state of Utah; KENDALL G. LAWS,

    Defendants - Appellees,

and

ZANE ODELL,

    Defendant Counterclaimant,

v.

MARK FRANKLIN,

    Counter Defendant.

No. 21-4039
(D.C. No. 4:19-CV-00027-DN)
(D. Utah)

_____

### JUDGMENT

_____

Before **CARSON**, **BRISCOE**, and **ROSSMAN**, Circuit Judges.

_____

This case originated in the United States District Court for the District of Utah and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part.  The case is

remanded to the United States District Court for the District of Utah for further

proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk