THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ROSALIE CHILCOAT,<br><br>       Plaintiff,<br><br>v.<br><br>SAN JUAN COUNTY,<br><br>       Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:19-cv-00027-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED, as explained in the Memorandum Decision and Order Granting Defendant's Motion for Summary Judgment, San Juan County's Motion for Summary Judgment is GRANTED.

The Clerk of Court shall close the action.

Signed October 30, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge