Karra J. Porter, 5223
John M. Mejia, 13965
Anna P. Christiansen, 17518
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Karra.Porter@chrisjen.com
Kristen.Kiburtz@chrisjen.com
John.Mejia@chrisjen.com
Tanner.Clagett@chrisjen.com

Patrick A. Shea, 2929
PATRICK A. SHEA, P.C.
252 South 1300 East, Suite A
Salt Lake City, UT 84102
Telephone: (801)852-0949
pas@patshealaw.com

*Attorneys for Plaintiff Rosalie Chilcoat*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| ROSALIE CHILCOAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAN JUAN COUNTY, a political subdivision of the state of Utah;<br><br>Defendant. | **NOTICE OF APPEAL**<br><br><br>Case No. 4:19-cv-00027-DN<br><br>District Judge David Nuffer |

Plaintiff, Rosalie Chilcoat, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on October 30, 2025 [DE-155], and all preceding, subsidiary, and related rulings, including the Memorandum Decision and Order Granting Defendants' Motion for Summary Judgment [DE-154].

DATED this 26th day of November, 2025.

CHRISTENSEN & JENSEN, P.C.

/s/ *Karra J. Porter*
Karra J. Porter
John M. Mejia
Anna P. Christiansen
*Attorneys for Plaintiff Rosalie Chilcoat*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2025, I caused a true and correct copy of

the foregoing **NOTICE OF APPEAL** to be filed with the clerk of the court using the e-filing system,

which sent notification of such filing to the following:

R. Blake Hamilton
Ashley M. Gregson
DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
blake.hamilton@dentons.com
ashley.gregson@dentons.com
*Attorneys for San Juan County*

/s/ *Ashlee Mason*
Ashlee Mason

2