# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

November 26, 2025

John M. Mejia
Karra J. Porter
Anna P. Christiansen
CHRISTENSEN & JENSEN PC
257 E 200 S STE 1100
SALT LAKE CITY, UT 84111

RE:   NOTICE OF APPEAL
      Chilcoat v. San Juan County et al
      Plaintiff/Appellant  Defendant/Appellee
      Lower Docket:  4:19-cv-00027-DN

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov    Please follow the instructions for Transcript Order Form and Docketing Statement (all parties represented by counsel) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet.

Sincerely,

Gary P. Serdar, Clerk

By:/s/
Jennifer Jensen
Generalist Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit          Judge  David Nuffer
Court Reporter: Kelly Hicken                              Counsel of Record
District: 1088                                            Division: Southern
Jurisdiction: Federal Question
Fee Status: Paid