# United States District Court
## District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

December 11, 2025

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:    25-4157
       Chilcoat v. San Juan County
       Lower Docket: 4:19-CV-00027-DN

Dear Clerk of Court:

Please be advised that the record is complete for the purposes of appeal.

Sincerely,

Gary P. Serdar, Clerk

By: /s/
Katy Cerna
Intake

cc: Counsel of Record

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT
84101 • (801) 524-6100 • www.utd.uscourts.gov